UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:09-CR-00071 JD |
| | ) | |
| DONALD NEWLAND | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 28, 2010 [DE 30]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Donald Newland's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:   August 18, 2010

                                                          /s/ JON E. DEGUILIO
                                                          Judge
                                                          United States District Court